IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CASLELDERRICK BLACK,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2559

_____/

Opinion filed August 22, 2017.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Deana K. Marshall, Riverview, for Appellant.

Pamela Jo Bondi, Attorney General, Michael Schaub, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.